JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/12/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GALARZA, on behalf of himself and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KLOECKNER METALS CORP.,<br><br>Defendant. | Case No. CV 17-4910 FMO (PJWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff David Galarza shall be paid a service payment of $5,000 in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $110,000.00 in attorney's fees, and $6,817.29 in costs in accordance with the terms of the Settlement Agreement.

3. The Claims Administrator, Simpluris, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

4. All class members who did not validly and timely request exclusion from the settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

5. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 12th day of November, 2019.

/s/
Fernando M. Olguin
United States District Judge